**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOHRAB HAROONIAN, | ) NO. CV 10-6286-VBF (MAN) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND RECOMMENDATIONS |
| PETER C. ANDERSON, et al., | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections. Having conducted a *de novo* review of those matters in the Report to which objections have been stated in writing, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  February 21, 2011

                                        /s/ Valerie Baker Fairbank
                                        _____
                                        VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE