UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOHRAB HAROONIAN,                    ) NO. CV 10-6286-VBF (MAN)
                                     )
            Plaintiff,               )
                                     )
      v.                             ) JUDGMENT
                                     )
PETER C. ANDERSON, et al.,           )
                                     )
            Defendants.              )
_____)


      Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,


      IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.


DATED:  February 21, 2011


                              _Valerie Baker Fairbank_____
                              VALERIE BAKER FAIRBANK
                              UNITED STATES DISTRICT JUDGE